United States District Court
for the District of Montana

Spencer Gardner et al.
   Plaintiffs

v

Missoula County et al,
   Defendants

Motion for Certification
of Class

NOV 24 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

The Plaintiff Spencer Gardner respectfully motions the court to certify the class's proposed in the complaint as they satisfy all the requirements of a class and comply with all federal court rules. For this claim to not be brought as a class action could allow the defendants to continue thier unconstitutional conduct as soon as the plaintiff is no longer in thier custody and require other prisoners to file seperate claims and inundate the courts with claims of exactly the same nature.

   Wherefore the plaintiff prays that this honorable court will grant this motion for certification

*[signature]*
Signed this 15th day of November 2023