Brice Bailey, hereby declares, I have been incarcerated at MCDF since the end of October 2023, I have been housed in cell 3A03 next to Spencer Gardner in 3A04.

During such time I have seen and heard Mr. Gardner complain repeatedly of increasing pain from a hernia mesh which he thinks his having issues. Medical has ignored his complaints to the point he is now unable to urinate. Medical refused to acknowledge his complaints and they would only use a catheter. Mr. Gardner was taken to the hospital where he received an indwelling catheter. Nurse Brianna made Mr. Gardner wait to be catheterized and and refused to help when Gardner needed it fixed until the following day even though the catheter was not functioning properly. Mr. Gardner felt he had no other option than to try to adjust the catheter on his own with no medical assistance.

During my stay here at MCDF I have also been denied my Suboxone which I have a valid prescription for from

Ideal options in Billings Montana. I having issues going back and forth about not receiving my Suboxone. I do not understand why the medical staff will not give me a medication I have a valid prescription for when other people here at this facility receive their Suboxone.

I suffer from Reactive Arthritis and I have poor liver function. These ailments are very painful and I was under the care of Rheumatologist Michael Belski at Billings clinic in Billings Montana. I feel I am being inadequately cared for because when I brought this up at my intake she said "it's not gonna kill you if you don't get that med."

My condition is painful and its unjust PA Kelly won't continue my Suboxone. I take Prednisone to combat inflamation and Sulfasalazine to help my liver. Inmates won't do anything but take this unjust treatment for fear of retaliation or not being cared for adequately.

The dental program here at MCDF only offers tooth extractions

regardless of the condition of the tooth, even if it can be saved. Due to these amongst many other issues I feel this is an egregious violation for lack of the medical care me and many other inmates need.

Under Penalty of Perjury I declare the foregoing is true and correct.

Brice Judsen Bailey

11·9·23