United States District Court
for the district of Montana
Missoula Division

Spencer Gardner
  Plaintiff

v

Missoula County et al.
  Defendants

Case #9:23-CV-00146-DLC

Notice of pending
Movement to treatment

The Plaintiff hereby notices the court that he has been accepted to a treatment program where he will continue to be on inmate status but will have no access to a law library. The Plaintiff wishes the court to take this fact into account when weighing the Plaintiffs motion for appointment of counsel as the transfer will occure within the next 30 days.

*Spencer Gardner*

Signed this 30th Day of November 2023

DEC 07 2023
Clerk, U.S. Courts
District of Montana
Missoula Division