United States District Court
For the district of Montana
Missoula division

DEC 18 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

Spencer Gardner
   Plaintiff

23-CV-00146-DLC

V.

Missoula County et al.
   Defendants

Motion for Emergent Preliminary injunction

   Upon the complaint, and supporting declaration and documents submitted herewith, it is requested this court immediately issue preliminary injunction that shall enjoin the defendants, thier successors in office, agents and employees to include contractors, and all other persons acting in concert and participation with them from:

   1. Failing and/or refusing to follow recommendations from medical specialists including recommendations to see another type of specialist.

   2. Denying access to medical care by continuously pushing a scheduled appointment out and requiring transport to other medical facilities if Medical at the Jail cannot meet facility needs.

   These issues if allowed to continue will cause irreparable injury to the Plaintiff.

*[signature]*
Signed this 14th Day of December 2023