## Declaration in support of preliminary injunction

As of the date of this declaration and motion I still have received no medical care or follow up after seeing the urologist I was transported to by officer Foster on 11/13/2023. The urologist recommended begining a medication to reduce inflamation that may contribute to my urinary retention and to see a general surgeon to find the cause of my urinary retention because he cannot see "urinary retention occuring for no reason". I still have trouble urinating and have not seen the physicians assisstant or a general surgeon. I have only been seen by a nurse once to be asked if I still wished to see the dentist. All medical kites are met with the response "you are scheduvaled to see the provider" including for other issues. When I ask medical staff they either claim no knowledge or refuse to speak to me about it.

All facts stated above are true and correct and are submitted to the court under penalty of perjury

*[signature]*

Signed this 14th day of December 2023